[No. 8156–0–I. Division One. July 13, 1981.]

*In the Matter of the Marriage of* ROBERT R.
McCUTCHIN, *Respondent, and* JEAN
McCUTCHIN, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78–3–01146–4, Stuart C. French, J.,
entered October 5, 1979. *Reversed* and *remanded* by
unpublished opinion per Callow, J., concurred in by
Swanson and Andersen, JJ.

[No. 8186–1–I. Division One. July 13, 1981.]

INTERNATIONAL SALES & LEASING, INC., *Appellant,*
v. C. DON FILER AGENCY, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 837361, Liem E. Tuai, J., entered October 30,
1979. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by Swanson and Andersen, JJ.

[No. 8622–7–I. Division One. July 13, 1981.]

CX PROCESSING, INC., *Respondent,* v. FRED V. GOMEZ,
*Defendant,* NANCY GOMEZ, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 78–2–02718–9, John F. Wilson, J.,
entered February 28, 1980. *Affirmed* by unpublished opin-
ion per Durham, J., concurred in by Ringold, A.C.J., and
Swanson, J.